

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Wendolyn Messner, as Dependent
Administrator, Appellant

No. 06-14-00080-CV          v.

Ronald R. Stringer, Neil D. Joseph and Ron
Stringer & Associates, P.C., Appellees

Appeal from the County Court at Law of
Rusk County, Texas (Tr. Ct. No. 02-043
A).   Memorandum Opinion delivered by
Justice Moseley, Chief Justice Morriss and
Justice Carter participating.

As stated in the Court's opinion of this date, we find that the appellant's motion to dismiss the appeal should be granted.  Therefore, we dismiss the appeal.

We further order that each party shall bear its own costs of appeal.

RENDERED OCTOBER 3, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk